**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION**

| | |
|---|---|
| In the matter of | Case No. **09-58173-CKP** |
| **SHIRLEY DOBBINS** | Chapter 7 |
| Debtor(s) | Judge **C. KATHRYN PRESTON** |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1)$ 24.49 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

**Creditor Name and Address**

**J & J Refuse**      **Claim # 2   Amount: 4.15**
**P.O. Box 448**
**Dover, OH 44622**

**Dell Financial Services L.L. C.**    **Claim # 6   Amount: 20.34**
**C/o resurgent Capital Services**
**P.O. box 10390**
**Greenville, SC 29603-0390**

| | |
|---|---|
| Total Unclaimed/ Small Dividends $25.00 or under | $0.00 |
| Total Unclaimed Dividends Over $25.00 | $24.49 |

Dated: 8/3/2010                     /s/ Clyde Hardesty

_____
Clyde C. Hardesty

cc: U.S. Trustee